3:26-mj-00030

DISTRICT OF OREGON, ss:        AFFIDAVIT OF REBECKA E. BROWN

**Affidavit in Support of a Criminal Complaint and Arrest Warrant**

I, Rebecka E. Brown, being duly sworn, do hereby depose and state as follows:

**<u>Introduction and Agent Background</u>**

1.        I am a Special Agent (SA) of the Federal Bureau of Investigation (FBI) and have been so employed since 2008.  I am currently assigned to the FBI's Portland Field Office.  As a federal law enforcement officer, I am authorized to investigate and make arrests for violations of federal law, and to apply for federal search warrants.  I have acquired knowledge and information about criminal conduct and investigation from many sources, including formal and informal training, other law enforcement officers, investigators, informants, persons who I have interviewed, and my participation in numerous investigations.  I have investigated matters involving the sexual exploitation of children, including the online sexual exploitation of children, particularly as it relates to violations of Title 18, United States Code, Sections 2252A and 2422, as well as other sexually motivated cybercrimes and stalking.  I am part of the Portland Child Exploitation Task Force (CETF), which includes FBI Special Agents and Task Force Officers from Portland and Hillsboro, Oregon.  The CETF is an intelligence-driven, proactive, multi-agency investigative initiative to combat the proliferation of child pornography/child sexual exploitation facilitated by an online computer. As part of my duties as a federal agent, I work with local, state, and other federal agencies on joint investigations of federal offenses, to include financial crimes.

2.        I submit this affidavit in support of a criminal complaint and arrest warrant for Bryan Dean Coffman for accessing with intent to view child pornography in violation of 18 U.S.C. § 2252A(a)(5)(B).  As set forth below, there is probable cause to believe, and I do

**Affidavit of Bryan Dean Coffman**                                                                 **Page 1**

believe, that Bryan Dean Coffman committed accessing with intent to view child pornography in violation of 18 U.S.C. § 2252A(a)(5)(B).

## Applicable Law

3.       Title 18, United States Code, Section 2252A(a)(5)(B), makes it a crime to knowingly possess or access with intent to view child pornography that has been mailed, shipped, or transported using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce by any means, including by computer, or that was produced using materials that have been mailed, or shipped or transported in or affecting interstate or foreign commerce by any means, including by computer.  "Child pornography," as defined in 18 U.S.C. § 2256(8), includes any visual depiction of a child under the age of 18 years engaging in sexually explicit conduct.  "Sexually explicit conduct" is defined in 18 U.S.C. § 2256(2) and includes sexual intercourse, whether genital-genital, oral-genital, anal-genital, or oral-anal, whether between members of the same or opposite sex; bestiality; masturbation; sadistic or masochistic abuse; and the lascivious exhibition of the genitals, anus, or pubic area of any person.

## Statement of Probable Cause

4.       In July 2010, Bryan Dean Coffman (COFFMAN) was convicted of possessing child pornography in the United States District Court for the District of Oregon, in case number 3:09-451-MO.  He was sentenced to 70 months' imprisonment, followed by a ten-year term of supervised release.  COFFMAN's term of supervised release began in March 2017.

5.       On March 25, 2025, two U.S. Probation Officers conducted an unannounced home visit at COFFMAN's residence in Portland.  During the visit, the officers saw an Nvidia Shield digital streaming device connected to a monitor in defendant's room.  The

**Affidavit of Bryan Dean Coffman**                                                    **Page 2**

officers asked for and obtained COFFMAN's consent to search the streaming device and the monitor. While one of the officers began searching the device, COFFMAN told the other officer he had been looking at "inappropriate stuff" on an online streaming service. COFFMAN described the "inappropriate stuff" as underaged girls wearing swimsuits, and modeling clothing.

6.     The officer who was looking at the device believed that a cellular phone had been connected to the device. The other officer noticed the outline of what could have been a cellular phone in COFFMAN's rear pant pocket. The object turned out to be an "Altoids" mints container with eight microSD digital memory cards. The officers seized the Nvidia streaming device and the eight microSD cards and submitted them to a computer forensic laboratory for analysis. A preliminary examination revealed child sex abuse material. At the probation officer's request, the examiner stopped the examination and returned the devices to the U.S. Probation Office.

7.     An FBI task force officer sought and obtained a federal search warrant for the Nvidia streaming device and the eight micro SD cards, and submitted them to the Northwest Regional Computer Forensic Laboratory for analysis. That analysis revealed 139 images of child pornography, including images depicting prepubescent children. One image depicted an adult male's penis partially inserted in a prepubescent child's vagina. The images were found in the card's cache, indicating that they had been opened and viewed, but not saved to the card. The date range on the images was between January 19, 2025, and February 18, 2025. Neither the Nvidia streaming device nor the micro SD card on which child pornography was found were manufactured in Oregon.

**Affidavit of Bryan Dean Coffman**

## Conclusion

8.      Based on the foregoing, I have probable cause to believe, and I do believe, that Bryan Dean COFFMAN committed Possessing or Access with Intent to View Child Pornography, in violation of 18 U.S.C. § 2252A(a)(5)(B).  I therefore request that the Court issue a criminal complaint and arrest warrant for Bryan Dean COFFMAN.

9.      Prior to being submitted to the Court, this affidavit, the accompanying complaint and the arrest warrant were all reviewed by Assistant United States Attorney (AUSA) Pamela Paaso, and AUSA Paaso advised me that in her opinion the affidavit and complaint are legally and factually sufficient to establish probable cause to support the issuance of the requested criminal complaint and arrest warrant.

*By phone pursuant to Fed. R. Crim. P. 4.1*
REBECKA E. BROWN
Special Agent
Federal Bureau of Investigation

Sworn in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone at 3:05 p.m. on February 19, 2026.

HONORABLE JEFFREY ARMISTEAD
United States Magistrate Judge

**Affidavit of Bryan Dean Coffman**

**Page 4**
**Rev. April 2018**